CHARLES A. RANNELLS, Respondent, *v.* JAMES FLYNN and THE CITY OF ST. LOUIS, Appellants.

1. *Practice, Civil—Assignment of errors—In absence of, judgment affirmed.*— Where appellants neglect to file an assignment of errors, the judgment of the court below will be affirmed.

*Appeal from St. Louis Circuit Court*

*Glover & Shepley*, for respondent.

*R. M. Field*, for appellants.

WAGNER, Judge, delivered the opinion of the court.

The appellants have failed to assign errors in this court, and the respondent now moves the court to affirm the judgment.

The motion will be sustained and the judgment affirmed. The other judges concur.